

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00087-CR

| | | |
|---|---|---|
| SCOTT EDWIN GRAVES, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR14573) |
| V. | § | December 28, 2023 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment for Count One. We modify the trial court's judgment for Count One to reflect total court costs of $510, and we modify the order to withdraw funds attached to the judgment as Attachment A to show that "[c]ourt costs, fees[,] and/or fines and/or restitution have been incurred in the amount of $5[,]510" and to authorize withdrawal only up to that amount. It is ordered that the judgment of the trial court for Count One is affirmed as modified. We affirm the trial court's judgment for Count Two in all aspects.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker